UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

  - against -

REAL PROPERTY LOCATED AT
182 71 STREET,
BROOKLYN, NEW YORK;

AND ALL PROCEEDS TRACEABLE
THERETO,
        Defendant.

- - - - - - - - - - - - - - - -X

**STIPULATION OF VOLUNTARY
DISMISSAL**

Civil Action No.
CV-07-0479

(Amon, J.)
(Pohorelsky, M.J.)

WHEREAS, on or about February 9, 2007, the government filed a verified complaint _in rem_ in the United States District Court for the Eastern District of New York seeking forfeiture of the Real Property located at 182 71 Street, Brooklyn, New York (the "Defendant Property") on the grounds that the Defendant Property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of Title 21, United States Code, Section 841(a)(1) in that the building located thereon was used to distribute, or dispense, or possess with intent to distribute or dispense, a controlled substance, and as a result of the foregoing, that the Defendant Property was subject to seizure and forfeiture to the United States, pursuant to Title 21, United States Code, Section 881(a)(7); and

WHEREAS, the Plaintiff's verified complaint in rem was timely served on all potential claimants by duly authorized agents of the United States;

WHEREAS, no one, other than Hamze Chehab ("Chehab"), has asserted any claim to the Defendant Property; and

WHEREAS, Ronald Rubinstein Esq., counsel to Chehab, is duly authorized to represent Chehab and to execute this stipulation as his counsel.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as follows:

1. Chehab agrees to the forfeiture of $23,370 in United States currency which was seized from him on January 11, 2007 in Brooklyn, New York, in the case entitled United States v. Hamze Chehab, 07-CR-163 (SLT)(E.D.N.Y.).

2. In consideration of the above, and contingent upon performance of all terms and conditions herein, the United States agrees to the dismissal of the complaint in rem as to the Defendant Property and agrees to promptly facilitate the release of any and all liens relating to the filing or prosecution of this case.

3. In further consideration of the above, Chehab agrees to release, remise and discharge the plaintiff United States of America and its agencies, agents, officers, and employees, past and present, from all claims or causes of action

which the above-captioned Defendant Property and Chehab ever had, now have, or hereafter may have against plaintiff and its agents, officers, and employees, past and present, for or on account of the incidents or circumstances giving rise to the commencement of the above-captioned action or for any conduct or action in any way connected to the forfeiture of the Defendant Property, or arising from the provisions of the instant stipulation.

4.  This Stipulation constitutes the entire agreement between the parties respecting the resolution of this action and may not be modified or amended except by written agreement executed by each of them.

5.  Chehab represents that he is the sole owner of the Defendant Property, and thus is fully authorized to execute this Stipulation of Voluntary Dismissal and all other documents necessary to effectuate the dismissal of this action.

6.  Chehab waives his rights, if any, to use the instant action or its settlement as a basis for any statutory or constitutional defense, including, without limitation, a defense based upon the double jeopardy provisions of the Fifth Amendment or the Excessive Fines Clause of the Eighth Amendment, and waives any and all rights to seek attorneys' fees and costs, in any pending or subsequent civil, criminal or administrative action.

7. The Clerk of the Court shall forward six certified copies of this Stipulation to the undersigned Special Assistant United States Attorney.

Dated:     Brooklyn, New York
              November 19, 2007

                            BENTON J. CAMPBELL
                            United States Attorney
                            Eastern District of New York
                            One Pierrepont Plaza
                            Brooklyn, New York 11201

By:                  _____
                            Douglas A. Leff
                            Special Asst. U.S. Attorney
                            (718)-254-6035

United States v. Real Property Located at 182 71 Street,
Brooklyn, New York, CV-06-6303 (CBA)(VVP)


Dated:   Brooklyn, New York
         November 17, 2007

_____
RONALD RUBINSTEIN, ESQ.
260 Madison Ave.
22nd Floor
New York, New York 10016
(212)-679-1844


AGREED AND CONSENTED TO IN OPEN COURT:

_____
HAMZE CHEHAB


Dated: Brooklyn, New York
       Nov 20 ___, 2007


                        s/Hon. Carol B. Amon
                        _____
                        HONORABLE CAROL B. AMON
                        UNITED STATES DISTRICT JUDGE